IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT SHARP,

    Plaintiff,

  v.

JOHN NUMSEN, T. ROBERTS,
LOUIS WILLIAMS, II, SARA REVELL,
and IAN CONNORS,

    Defendants.

Case No.   18-cv-195-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice as to defendants Revell and Connors, and with prejudice as to defendants Numsen, Roberts, and Williams.

/s/
Peter Oppeneer, Clerk of Court

March 22, 2022
Date